IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-6 |
| v. ) | |
| ) | Judge Nixon |
| THOMAS BRANUM ) | |

### ORDER

Pending before the Court are Defendant Thomas Branum's two Motions to Join Co-Defendant Motions ("Motions to Join"). (Doc. Nos. 1713; 1756.) Mr. Branum requests to join Defendant Paul McQuiddy's Motion for Daily Transcript (Doc. No. 423), which was granted by the Court on January 4, 2013 (Doc. No. 1598). (Doc. No. 1713.) Mr. Branum also requests to join motions to determine the admissibility of co-conspirator statements and memoranda in support filed by Defendants McQuiddy, Monterius Pollard, James Campbell, and Christopher Moody (Doc. Nos. 604–05; 656–57; 1179; 1546), on which the Court held a hearing on January 22, 2013, and which remain pending before the Court. (Doc. No. 1756.)

The arguments made by Defendants McQuiddy, Pollard, Campbell, and Moody in their motions and supporting documents apply equally to Mr. Branum. (*See* Doc. Nos. 423; 604–05; 656–57; 1179; 1546.) Accordingly, the Court **GRANTS** the Motions to Join (Doc. Nos. 1713; 1756) with respect to the above-named documents (Doc. Nos. 423; 604–05; 656–57; 1179; 1546). Per the Court's Order granting the Motion for Daily Transcript (Doc. No. 1598), the Court **ORDERS** counsel for Mr. Branum to file a CJA Form 24 with the court reporter no later than January 28, 2013. The Court **GRANTS** Mr. Branum's Motion to Strike his Previous

1

Motion to Join (Doc. No. 1757), and **ORDERS** Mr. Branum's Motion to Join Co-Defendant Motions (Doc. No. 1712) to be stricken from the record.

It is so ORDERED.

Entered this the 24th day of January, 2013.

                                                           JOHN T. NIXON, SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT