IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS BRANUM, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:16-1374 ) |
| UNITED STATES OF AMERICA, | ) Judge Trauger ) |
| Respondent. | ) |

## ORDER

In accordance with the accompanying memorandum, Thomas Branum's motion to reopen (Doc. No. 8) is **GRANTED**, and his amended motion to vacate under 28 U.S.C. § 2255 (Doc. No. 9) is **GRANTED**. Branum's Section 924(c) conviction in Case No. 3:09-cr-240-6 (Count 31) is **VACATED**, and his sentence of incarceration is **AMENDED** to remove the ten consecutive years to which he was sentenced for Count 31. All other aspects of his sentence remain unchanged.

Entry of this order shall constitute final judgment in this case.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge